IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr221

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| MALIK D'VONDE SHROPSHIRE ) | |
| ) | |

**THIS MATTER** came before the Court for proceedings relating to the defendant's transfer from juvenile to adult status. Based on information presented at the hearing and the entire record in this case, the Court **ORDERS** the following:

1. the government's motion to transfer the defendant to adult status (Doc. No. 6) is **GRANTED**;

2. the government's motion for electronic access to sealed case (Doc. No. 12) is **GRANTED**;

3. the government's motion dismiss the juvenile bill of information (Doc. No. 20) is **GRANTED**;

4. this case is **UNSEALED**, except that Docket Numbers 1 through 20 shall remain **SEALED** pending further order of the Court; and

5. the Clerk shall change the caption to reflect the name of the defendant detailed above.

The Clerk is directed to serve a copy of this Order on counsel for the defendant, guardian ad litem for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: February 4, 2010

Robert J. Conrad, Jr.
Chief United States District Judge